Brian C. Fraser (SBN 314760)
HOMELESS ACTION CENTER
3126 Shattuck Avenue
Berkeley, California 94705
Phone:  (510) 698-1123
Fax:  (510) 540-0403
Email:  bfraser@homelessactioncenter.org

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BLY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>　　　　　　Defendant. | Case No.: 2:23-cv-02204-JDP<br><br>JOINT STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |

　　　　IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant Commissioner of Social Security (Defendant), by and through their respective counsel of record, that the deadline for Plaintiff to file his Opposition to Defendant's Motion to Dismiss be extended by twenty-three (23) days.  Defendant filed her Motion to Dismiss on December 5, 2023.

　　　　There is good cause for this extension because Plaintiff needs additional time to draft and file his motion and brief due to counsel's heavy workload, despite due diligence.  This is counsel's first request for an extension of the briefing schedule in this case.

　　　　The current due date for Plaintiff's motion is December 19, 2023.  With the Court's approval, the new due date would be January 11, 2024.  The parties further stipulate that the

Court's Scheduling Order shall be modified accordingly.

                                          Respectfully submitted,

Dated: December 18, 2023         */s/ Brian C. Fraser*
                                          BRIAN C. FRASER
                                          Attorney for Plaintiff

Dated:  December 18, 2023       PHILLIP A. TALBERT
                                          United States Attorney
                                          MATTHEW W. PILE
                                          Associate General Counsel
                                          Social Security Administration

                                          By: */s/ Christopher Vieira**
                                          CHRISTOPHER VIEIRA
                                          Special Assistant U.S. Attorney

`                                           Attorneys for Defendant
                                          *Authorized via email on December 18, 2023*

                                          <u>ORDER</u>

APPROVED AND SO ORDERED:

IT IS SO ORDERED.

Dated:   December 19, 2023                        _____
                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE